IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET DIGEROLAMO, | |
| Plaintiff, | CIVIL NO. 06-0327(NLH) |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed even this 29th day of June, 2007,

**IT IS HEREBY ORDERED** on this 29th day of June, 2007, that Plaintiff's appeal is **DENIED**; and

**IT IS FURTHER ORDERED** that the final decision of the Commissioner is **AFFIRMED**.

At Camden, New Jersey

S/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.